**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:26-CV-749-MEO-DCK**

| | | |
|---|---|---|
| **LARA PETTY, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **UNISON AGREEMENT CORP., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by Local Counsel Tricia Wilson Magee on October 27, 2026.

Applicant Valerie A. Haggans seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**. Valerie A. Haggans is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: October 28, 2026

David C. Keesler
United States Magistrate Judge